**George John BARTH v. John L. ZURBRICK, District Director of Immigration.**

No. 6193.

Circuit Court of Appeals, Sixth Circuit.

Oct. 11, 1932.

Patrick H. O'Brien, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., and Julian G. McIntosh, Asst. U. S. Atty., both of Detroit, Mich., for appellee.

PER CURIAM.

Judgment of District Court affirmed on authority of Dukas v. Zurbrick, 56 F.(2d) 518.

**William BAUER, Appellant, v. UNITED STATES of America.**

No. 9573.

Circuit Court of Appeals, Eighth Circuit.

Aug. 1, 1932.

William Bauer, of St. Paul, Minn., for appellant.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee under Rule 16.

**C. N. BEVAN v. Gilson D. LIGHT, as Sheriff of Lucas County, Ohio.**

No. 6285.

Circuit Court of Appeals, Sixth Circuit.

Oct. 12, 1932.

Marshall, Melhorn, Marlar & Martin and Tracy, Chapman & Welles, all of Toledo, Ohio, for appellant.

Baker, Hostetler, Sidlo & Patterson, of Cleveland, Ohio, and Fraser, Hiett, Wall & Effler, of Toledo, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellee.

**Ben BILYEU, Appellant, v. UNITED STATES of America.**

No. 9581.

Circuit Court of Appeals, Eighth Circuit.

Aug. 11, 1932.

G. Purd Hays, of Ozark, Mo., for appellant.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of counsel for appellee under Rule 16.

**BLACK DIAMOND OIL TRUST NO. 513, G. S. Willhoite, Trustee, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 7021.

Circuit Court of Appeals, Ninth Circuit.

Dec. 5, 1932.

Before WILBUR and SAWTELLE, Circuit Judges, and CAVANAH, District Judge.

PER CURIAM.

Upon motion of counsel for respondent, consented to by counsel for petitioner, ordered petition to review herein dismissed for failure of petitioner to file record and docket cause.